UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| BROADCAST MUSIC, INC., et al. ) | CASE NO. 1:12-cv-927 |
| ) | |
| Plaintiffs ) | JUDGE MICHAEL R. BARRETT |
| ) | |
| v. ) | |
| ) | |
| WESTY'S UNLIMITED, INC. d/b/a ELI'S ) | |
| SPORTS BAR & GRILL-ROSS, et al. ) | |
| ) | |
| Defendants ) | |

**STIPULATION FOR DISMISSAL**

The undersigned attorneys for the respective parties do herby stipulate that the within action be dismissed, each party to pay their own attorneys fees and costs, subject to being reopened for the filing of a Consent Judgment in the event that Defendants do not comply with the terms and conditions of the Settlement Agreement between Plaintiffs and Defendants.

IT IS SO ORDERED.

/s/ Michael R. Barrett
United States District Judge

APPROVED:

Steven A. Tooman, Esq. (0066988)
MILLIKIN & FITTON LAW FIRM
9032 Union Centre Boulevard, Suite 200
West Chester, Ohio  45069
(513) 336-6363
(513) 336-9411 - Fax
tooman@mfitton.com
*Attorney for Defendants*

Christine E. Watchorn, Esq. (0075919)
Ulmer & Berne LLP
88 East Broad Street, Suite 1600
Columbus, Ohio 43215-3581
Phone: (614) 229-0034
Fax: (614) 229-0035
cwatchorn@ulmer.com
*Attorney for Plaintiffs*

COL1997 241167
11986.00104